EXHIBIT 1

FIREBIRD GT

# ANNEX 1: Non-Disclosure Agreement

### 1. Company's Trade Secrets

In the performance of Contractor's job duties with Company, Contractor will be exposed to Company's Confidential Information. "Confidential Information" means information or material that is commercially valuable to Company and not generally known or readily ascertainable in the industry. This includes, but is not limited to:

(a) technical information concerning Company's products and services, including product know-how, formulas, designs, devices, diagrams, software code, test results, processes, inventions, research projects and product development, technical memoranda and correspondence;

(b) information concerning Company's business, including cost information, profits, sales information, accounting and unpublished financial information, business plans, markets and marketing methods, customer lists and customer information, purchasing techniques, supplier lists and supplier information and advertising strategies;

(c) information concerning Company's Contractors, including salaries, strengths, weaknesses and skills;

(d) information submitted by Company's customers, suppliers, Contractors, or co-venture partners with Company for study, evaluation or use; and

(e) any other information not generally known to the public which, if misused or disclosed, could reasonably be expected to adversely affect Company's business.

### 2. Non disclosure of Trade Secrets

Contractor shall keep Company's Confidential Information, whether or not prepared or developed by Contractor, in the strictest confidence. The Contractor will not disclose such information to anyone outside Company without Company's prior written consent. Nor will the Contractor make use of any Confidential Information for the Contractor's own purposes or the benefit of anyone other than the Company.

However, Contractor shall have no obligation to treat as confidential any information which:

(a) was in Contractor's possession or known to Contractor, without an obligation to keep it confidential, before such information was disclosed to Contractor by Company;

(b) is or becomes public knowledge through a source other than Contractor and through no fault of Contractor; or

(c) is or becomes lawfully available to Contractor from a source other than Company.

### 3. Confidential Information of Others

Contractor will not disclose to Company, use in Company's business, or cause Company to use any trade secret of others.

**4. Return of Materials**

When Contractor's employment with Company ends, for whatever reason, Contractor will promptly deliver to Company all originals and copies of all documents, records, software programs, media and other materials containing any Confidential Information. Contractor will also return to the Company all equipment, files, software programs and other personal property belonging to the Company.

## 5. Confidentiality Obligation Survives Employment

Contractor's obligation to maintain the confidentiality and security of Confidential Information remains even after Contractor's employment with Company ends and continues for so long as such Confidential Information remains a trade secret.

## 6. General Provisions

(a) Relationships: Nothing contained in this Agreement shall be deemed to make Contractor a partner or joint venturer of Company for any purpose.

(b) Severability: If a court finds any provision of this Agreement invalid or unenforceable, the remainder of this Agreement shall be interpreted as best to effect the intent of Company and Contractor.

(c) Integration: This Agreement expresses the complete understanding of the parties with respect to the subject matter and supersedes all prior proposals, agreements, representations and understandings. This Agreement may not be amended except in a writing signed by both Company and Contractor.

(d) Waiver: The failure to exercise any right provided in this Agreement shall not be a waiver of prior or subsequent rights.

(e) Injunctive Relief: Any misappropriation of any of the Confidential Information in violation of this Agreement may cause Company irreparable harm, the amount of which may be difficult to ascertain, and therefore Contractor agrees that Company shall have the right to apply to a court of competent jurisdiction for an order enjoining any such further misappropriation and for such other relief as Company deems appropriate. This right is to be in addition to the remedies otherwise available to the Company.

(f) Indemnity: Contractor agrees to indemnify Company against any and all losses, damages, claims or expenses incurred or suffered by Company as a result of Contractor's breach of this Agreement.

(g) Attorney Fees and Expenses: In a dispute arising out of or related to this Agreement, the prevailing party shall have the right to collect from the other party its reasonable attorney fees and costs and necessary expenditures.

(h) Governing Law: This Agreement shall be governed in accordance with the laws of Hong Kong .

(i) Jurisdiction: Contractor consents to the exclusive jurisdiction and venue of the federal and state courts located in Hong Kong in any action arising out of or relating to this Agreement. Contractor waives any other venue to which Contractor might be entitled by domicile or otherwise.

(j) Successors & Assigns: This Agreement shall bind each party's heirs, successors and assigns. Company may assign this Agreement to any party at any time. Contractor shall not assign any of his or her rights or obligations under this Agreement without Company's prior written consent. Any assignment or transfer in violation of this section shall be void.

**7. Signatures**

The Contractor has carefully read all of this Agreement and agrees that all of the restrictions set forth are fair and reasonably required to protect Company's interests. Contractor has received a copy of this Agreement as signed by the parties.

**Company**
**Firebird GT Limited**

**Independent Contractor**
**Yan Ardatovskiy**

Date: March 1, 2023

Date: March 1, 2023