# EXHIBIT 3

Case 3:25-cv-02701-EMC     Document 1-3     Filed 03/21/25     Page 1 of 2

**Firebird & Yan Ardatovskiy**                                             Mar 2, 2025

## 2023

Pilot stage to lead a new business development department including project "Apps". Your reward will be 15% of gross profit (total sales minus cost of goods, excluding marketing, dev and other costs). Assuming "Apps" gross profit is 3 mln, estimated compensation is **450,000 USD.**
Monthly reward (advance on the estimated compensation) until January 1st 2024 will be **13.000 USD** that will be deducted from the final year compensation of 15% of gross profit.

## 2024

Upon successful completion of the pilot project, you will be invited to join our executive team and our stock option program. You will be awarded 3 percent of company equity over the period of three years. Shares become fully vested after three years. During the unvested period they will earn the dividend just like regular shares.

2024 1% awarded, will earn dividends from Jan 2024. Fully vested in 2027.
2025 0.5% awarded, will earn dividends Jan 1 2025. Fully vested in 2028.
2026 1.5% awarded, will earn dividends from Jan 2026. Fully vested in 2029.

## 2024

Bonus: 5% of gross profit from Aps, assuming result of 5 mln, 250,000 USD
Dividend 1% / 300,000 USD
**Total = 250,000 + 300,000 = USD 550,000**
**Stock options value: 1 mln**

## 2025

Dividend 1.5% / 600,000 USD
**Total = 600,000 = USD 600,000**
**Stock options value: 2 mln**

## 2026

Dividend 3% / 1,500,000 USD
**Total = 1,500,000 = USD 1,600,000**
**Stock options value: 5 mln**

Confidential. Intended for Yan Ardatovsky only. Cannot be disclosed to third parties. Explicit written permission of Vyacheslav Shirokov is required. All income and profit numbers are estimates, actual performance is not guaranteed and may be different.