# EXHIBIT 4

| | |
|---|---|
| **ДОГОВОР № 28/04** | **CONTRACT No. 28/04** |
| **«4» мая 2023 г.** | **May 4th 2023** |
| Частное предприятие "Develup", в лице Директора Чернятович Владимира Михайловича, действующего на основании Устава компании, именуемое в дальнейшем «Исполнитель», с одной стороны, и Vyacheslav Shirokov, avenue des Ligures, 98000, Monaco, именуемый в дальнейшем «Заказчик», с другой стороны, вместе именуемые Стороны, заключили настоящий Договор о нижеследующем: | Private Enterprise "Develup", location Ukraine, hereinafter referred to as "Contractor", represented by Director Chernyatovych Volodymyr Mikhailovich, hereinafter referred to as «Executor», on the one hand, and Vyacheslav Shirokov, avenue des Ligures, 98000, Monaco, hereinafter referred to as «Principal», on the other hand, together called "Parties", have concluded this Contract on the following: |
| **1. Предмет Договора** | **1. Subject of the Contract** |
| **1.1.** Заказчик поручает, а Исполнитель принимает на себя фронтенд разработку мобильного приложения Rail Ninja (далее-Приложение), в порядке и на условиях, определенных настоящим Договором. | **1.1.** The Principal authorizes and the Executor undertakes to make frontend development works for Rail Ninja mobile app (hereinafter the "App"), order and on the terms, specified by this Contract. |
| **2. Права и обязанности Сторон** | **2. Rights and Obligations of the Parties** |
| **2.1. Исполнитель обязуется:** | **2.1. The Executor undertakes:** |
| 2.1.1. Осуществить разработку Приложения | 2.1.1. To do development works for the App |
| 2.1.2. В случае если Заказчик не примет разработанный Исполнителем макет дизайна, Исполнитель обязуется разработать следующий макет. | 2.1.2. If the Principal does not accept the design model, the Executor undertakes to develop another model to the Principal's satisfaction. |
| 2.1.3. Предоставлять Заказчику право знакомиться с ходом выполнения и результатами работ на соответствующих этапах, удобных и согласованных обеими Сторонами. | 2.1.3. To entitle the Principal to control the progress and results of the work at the corresponding stages, which are convenient to and agreed by the Parties. |
| 2.1.4. В течение срока действия Договора предоставлять Заказчику информацию о ходе выполнения работ. | 2.1.4. During the term of the Contract to supply the Principal with the information on the work progress. |
| 2.1.5. Предоставлять Заказчику техническую поддержку Приложения в течение 6 месяцев, после окончания всех работ, описанных в настоящем Договоре, без каких-либо дополнительных затрат для Заказчика («Гарантийный период»). Исполнитель обязуется исправлять любые ошибки и сбои, допущенные по его вине, и поддерживать Приложение в рабочем состоянии, удовлетворительном для Заказчика. | 2.1.5. To provide technical and maintenance support with respect to the App to the Principal for a period of 6 months starting from the completion of the work described in this Agreement at no extra cost for the Principal (the" Warranty Period"). The Executor undertakes to fix any bugs, errors, faults and maintain the App free of any errors, bugs, faults and in a fully operating condition satisfactory to the Principal. |
| 2.1.6. В течение Гарантийного периода Исполнитель соглашается реагировать на любые обнаруженные проблемы в течение 24 часов с момента, когда Заказчик сообщает о проблеме Исполнителю. Неспособность отреагировать в вышеуказанные сроки приведет к нарушению обязательств Исполнителя и даст право Заказчику потребовать возмещения стоимости, уплаченной за Приложение, в соответствии с пунктом 3 настоящего Соглашения. | 2.1.6. During the Warranty Period, the Executor agrees to react on any reported issues within a period of 24 hours from the time that the Principal reports the issue to the Executor. Failure to react within the above timeframe will result to a breach of the Executor's obligation and will give the right to the Principal to demand a refund of the cost paid for the App under clause 3 of this Agreement. |
| 2.1.7. По истечении Гарантийного срока Исполнитель предоставит Заказчику техническую и сервисную поддержку за дополнительную плату, которая будет рассчитываться отдельно. | 2.1.7. Following the expiration of the Warranty Period, the Executor will provide technical and maintenance support to the Principal for extra cost which it will be calculated separately. |
| **2.2. Исполнитель имеет право:** | **2.2. The Executor has the right:** |
| 2.2.1. Требовать от Заказчика своевременного предоставления документов, материалов и иной информации, необходимых для совершения действий, определенных предметом настоящего Договора. В случае задержки Заказчиком предоставления необходимых документов, материалов и иной информации, срок выполнения Исполнителем соответствующих обязанностей по настоящему Договору отодвигается соразмерно сроку, на который Заказчиком было задержано | 2.2.1. To demand from the Principle the prompt submission of the documents, materials and other information, necessary for the actions and work progress, specified by the subject of this Contract. If the Principal detains the necessary documents, materials and other information, the execution period for the corresponding Executor's responsibilities under this Contract shall be postponed in proportion to the period the Principal detained the necessary documents and materials. |

| | |
|---|---|
| предоставление необходимых документов и материалов. | |
| 2.2.2. По согласованию с Заказчиком привлекать к работам по настоящему Договору на условиях субподряда третьих лиц, **при этом Исполнитель несет ответственность за качество и своевременность выполнения работ этими лицами в полном объеме.** Заказчик имеет право отказаться принимать выполненную работу, если работа выполнена не в полном объеме или не вовремя. Если работа выполнена не в полном объеме или не вовремя, Заказчик имеет право отказать в выплате оставшейся части стоимости или потребовать возврат денежных средств | 2.2.2. In accordance with the Principal to subcontract a third party for the work under this Contract, **at that the Executor is responsible that the third party executes the work in full, in good quality and on time. The Principal has the right to decide whether the work is executed in full, good time and is in order. If the work is not in good order the Principal has the right to either withhold payment or request a refund.** |
| **2.3. Заказчик обязуется:** | **2.3. The Principal undertakes:** |
| 2.3.1. Предоставить Исполнителю все документы, материалы и иную информацию, необходимые для совершения Исполнителем действий, определенных предметом настоящего Договора в течение 2-х дней с момента подписания настоящего Договора. | 2.3.1. To provide the Executor with all the documents, materials and other information, necessary for the Executor to perform the actions, defined by the subject of the Contract within 2 days upon the signature of the Contract. |
| 2.3.2. Оплачивать деятельность Исполнителя в порядке и на условиях, предусмотренных настоящим Договором. | 2.3.2. To pay for the Executor's activities in the order and on the terms, specified by this Contract. |
| **2.4. Заказчик имеет право:** | **2.4. The Principal has the right:** |
| 2.4.1. В любое время проверять ход и качество работ, выполняемых Исполнителем в соответствии с условиями настоящего Договора. | 2.4.1. To control the progress and quality of the Executor's work under this Contract at any time. |
| 2.4.2. Требовать своевременного предоставления полной информации обо всех действиях, предпринимаемых Исполнителем в ходе выполнения работ, предусмотренных условиями настоящего Договора. | 2.4.2. To demand prompt submission of the exhaustive information on the entire Executor's actions in the course of works under this Contract. |
| **3. Стоимость работ и оплата** | **3. The Cost of Works and payment** |
| **3.1.** Стоимость услуг, предоставляемых Исполнителем Заказчику в соответствии с условиями настоящего Договора, составляет 48000 (сорок восемь тысяч) долларов США. НДС не облагается на основе применения упрощенной системы налогообложения. | **3.1.** The cost of services the Executer renders to the Principal under this Contract constitutes 48000 US dollars. VAT is not imposed on the basis of the simplified taxation scheme. |
| **3.2.** Заказчик оплачивает в криптовалюте USDT TRC20 50% от общей суммы работ (24000 долларов США) в течение 7 дней с даты подписания Договора, и оставшиеся 50% (24000 долларов США), в течение 7 дней после принятия всех работ Заказчиком. | **3.2.** The Principal pays in USDT TRC20 cryptocurrency 50% of the total amount of work (24000 US dollars) within 7 days from the date of signing the Contract, and the remaining 50% (24000 US dollars), within 7 days after acceptance by the Principal of all works. |
| **4. Порядок сдачи и приемки работ** | **4. Procedure for Works Acceptance** |
| **4.1. Моментом выполнения работ считается день приема Заказчиком Приложения от Исполнителя и подписания Сторонами Акта сдачи-приемки работ.** | **4.1. The moment of the works execution shall be the day the Principal accepts from the Executor the App and the Parties sign the Deed of Work Completion.** |
| **4.2.** Заказчик в течение 12 (двенадцати) дней с момента получения от Исполнителя Акта сдачи-приемки работ обязан подписать и возвратить один экземпляр указанного Акта Исполнителю, либо передать Исполнителю мотивированный отказ. | **4.2.** Within 12 (twelve) days after the Principal receives from the Executor the Deed of Work Completion the Principal shall sign and return to the Executor one copy of the above-mentioned Deed or deliver a reasonable refusal in writing. |
| **4.3.** В случае несвоевременного подписания Акта сдачи-приемки Заказчиком, Исполнитель имеет право требовать от Заказчика дополнительную денежную компенсацию в размере 0,1% от суммы Договора. | **4.3.** In case of untimely signing of the Deed of Work Completion by the Principal, the Executor is entitled to demand from the Principal an additional monetary compensation in the amount of 0,1% of the contractual price. |
| **4.4.** В случае отказа Заказчика от принятия работ Исполнителя, Сторонами составляется Акт разногласий с перечнем необходимых доработок и сроков их выполнения. | **4.4.** If the Principal refuses to accept the Executor's work, the Parties shall draw a Disagreement Deed with the list of necessary rework and terms of execution. |
| | **4.5.** The Executor shall rectify at its own expense the mistakes made through its fault. |

4.5. Исполнитель выполняет за свой счет исправление ошибок, допущенных по его вине.

**5. Авторское право и смежные права**

5.1. Исполнитель обязуется передать Заказчику авторские права и права смежные с авторскими в полном объеме на дизайн и код, в том числе исключительные права на использование на следующих условиях:

5.1.1. Исключительные права передаются Заказчику на весь срок их действия, с правом использования по всему миру.

5.1.2. Заказчик вправе переуступать третьим лицам полученные им исключительные права.

5.1.3. Исполнитель гарантирует:
- действительность исключительных прав;
- отсутствие нарушений прав третьих лиц при создании дизайна;
- отсутствие у третьих лиц права воспрепятствовать использованию, а равно иным образом ограничить права Заказчика по владению, пользованию или распоряжению дизайна.

5.1.4. Исполнитель обеспечивает Заказчику возможность использования дизайна и кода без указания имён авторов и исполнителей.

5.1.5. Заказчик вправе использовать дизайн и код под фирменным наименование и (или) товарным знаком Заказчика или третьих лиц.

5.1.6. Заказчик вправе осуществлять создание на основе дизайна и кода новых, творчески самостоятельных произведений.

5.1.7. Заказчик вправе вычленять отдельные части из дизайна и использовать в их иных видах рекламы, в том числе удалять их, изменять месторасположения отдельных элементов, дополнять новыми элементами, изменять цвета элементов и пр.

5.1.8. Максимальный тираж для воспроизведения дизайна и кода не ограничен.

5.1.9. Вознаграждение за передачу исключительных прав в объеме, указанном в подпунктах 5.1.1. – 5.1.10., определено сторонами в виде зафиксированной в настоящем договоре суммы, которая включается в стоимость услуг (пункт 3.1. настоящего Договора).

5.1.10. Передача исключительных прав производится в момент подписания сторонами настоящего Договора Акта приема-передачи работ от Исполнителя к Заказчику.

5.2. Все видео- и аудиоматериалы, а равно иные творческие разработки, которые могут являться объектами авторского права или смежных прав, произведенные Исполнителем в ходе работы, но не вошедшие в окончательный вариант дизайна, а также исключительные права на их использование в объеме, указанном в подпунктах 5.1.1. – 5.1.10. настоящего Договора, передаются Заказчику одновременно с передачей результата работы и исключительных прав на него.
При наличии таких материалов и творческих разработок дополнительное вознаграждение за их передачу и передачу исключительных прав не устанавливается.

5.3. Если у Заказчика возникает необходимость в изменении (производстве дополнительных вариантов) дизайна с использованием таких материалов и творческих разработок, Заказчик

**5. Copyright And Allied Rights**

5.1. The Executor undertakes to delegate the Principal the copyright and associated copyright rights for the design and code in full, including the exclusive rights of the use on the following terms:

5.1.1. The exclusive rights shall be delegated to the Principal for the entire period of duration with the right of exploitation worldwide.

5.1.2. The Principal is entitled to transfer the received exclusive rights to a third party.

5.1.3. The Executor guarantees:
- the validity of the exclusive rights;
- the lack of violation of third party's rights when developing the design;
- the lack of third party's right to impede the use, as well as to limit the Principal's rights to own, use or dispose the design any other way.

5.1.4. The Executor provides for the Principal the possibility to use the design and code without any indication of the authors and executors' names.

5.1.5. The Principal has the right to use the design and code under the brand name and (or) trademark of the Principal or a third party.

5.1.6. The Principal has the right to create new, creatively independent works on the basis of the design and code.

5.1.7. The Principal has the right to separate some parts from the design and use them in other kinds of publicity, which includes removal, change of location of separate elements, addition of new elements, change of colour, etc.

5.1.8. There is no limitation as to the maximum number of copies of the design and code.

5.1.9. The Parties define the remuneration for the delegation of the exclusive rights in the amount, specified in subclauses 5.1.1. – 5.1.10., in the form of the sum, fixed in this Contract, which shall be included into the cost of services (Clause 3.1. of the Contract).

5.1.10. The delegation of the exclusive rights from the Executor to the Principal shall be made at the moment the Parties sign the Deed of Works Acceptance.

5.2. All video and audio materials as well as other creative works, which can form a part of the copyright or allied rights, and which were made by the Executor during the work performance, but did not entered into the final version of the design, as well as the exclusive rights to use them in the amount, specified in subclauses 5.1.1. – 5.1.10. of the Contract, shall be passed to the Principal simultaneously with the results of the work and exclusive rights.
If there are such materials and creative works, no additional remuneration for their transfer and for delegation of the exclusive rights is charged.

5.3. If the Principal has a need to change the design (produce additional versions) with the use of such materials and creative works, the Principal has the right to order such services from any executor at its own choice without any notice to the Executor.

5.4. For the avoidance of any doubt, the Executor hereby assigns to Principal after finish all works

| | |
|---|---|
| имеет право заказать такие услуги у любого исполнителя по своему усмотрению без уведомления Исполнителя. | all existing and future intellectual Property Rights (including, without limitation, patents, copyright and related rights) and inventions arising from the App, Design and Code. The Executor agrees to promptly execute all documents and do all acts as may, in the sole opinion of Principal, be necessary to give effect to this clause. The Executor hereby irrevocably waives all moral rights and/or other rights and/or Intellectual Property Rights that may arise in relation to any intellectual property rights which the Executor has or will have in any existing or future works resulting out of the App, Design and Code and hereby acknowledges that such rights belong to the Principal. In the event that any rights including any Intellectual Property Rights do not automatically belong to the Principal, and without prejudice to any other right incorporated herein, the Executor irrevocably appoints the Principal to be his attorney in his name and on his behalf to execute documents, use the Executor's name and do all things which are necessary or desirable for the Principal to obtain for itself or its nominee the full benefit of any such rights. |
| **5.4.** Исполнитель передает Заказчику после завершения работ все существующие и будущие Права интеллектуальной собственности (включая, помимо прочего, патенты, авторские и смежные права), возникающие в результате создания Приложения, Дизайна и Кода. Исполнитель соглашается незамедлительно оформить все документы и совершить все действия, которые могут, по единоличному мнению Заказчика потребоваться для выполнения данного пункта. Настоящим Исполнитель безвозвратно отказывается от всех неимущественных прав и / или других прав и / или прав интеллектуальной собственности, которые могут возникнуть в связи с любыми правами интеллектуальной собственности, которые Исполнитель имеет или будет иметь в любых существующих или будущих произведениях, являющихся результатом разработки Приложения, Дизайна и Кода и настоящим подтверждает, что такие права принадлежат Заказчику. В случае, если какие-либо права, включая Права на интеллектуальную собственность, не принадлежат автоматически Заказчику и без ущерба для любых других прав, включенных в настоящий договор Исполнитель безоговорочно назначает Заказчика поверенным от своего имени для получения прав, использовать имя Исполнителя и делать все, что необходимо для Заказчика, чтобы получить для себя или своего представителя в полной мере преимущества любых таких прав.** | |
| **6. Момент вступления в силу Договора и срок его действия** | **6. Effectiveness and Term of the Contract** |
| **6.1.** Настоящий Договор вступает в силу с момента его подписания Сторонами. | **6.1.** This Contract becomes effective upon its signature by the Parties. |
| **6.2.** Все работы по разработке Приложения должны быть завершены Исполнителем не позднее «1» августа 2023 года, при условии соблюдения Заказчиком сроков оплаты, предусмотренных настоящим Договором, и своевременного предоставления Исполнителю технического задания, необходимых документов, материалов и иной информации. | **6.2.** The Executor shall complete all App development works not later than the 1st of August 2023, provided that the Principal has met the payment terms, specified by this Contract, and delivered the technical requirement, necessary documents, materials and other information to the Executor in a timely manner. |
| **7. Порядок изменения и расторжения Договора** | **7. The Contract Modification and Termination Order** |
| **7.1.** Настоящий Договор может быть изменен или расторгнут по соглашению Сторон. | **7.1.** This Contract can be modified or terminated upon the agreement of the Parties. |
| **7.2.** Одна из Сторон вправе потребовать расторжения настоящего Договора, а также возмещения причиненных ей другой Стороной убытков в случае существенного нарушения другой Стороной условий настоящего Договора. | **7.2.** Each Party can demand the cancellation of this Contract, in case of significant violations of this Contract's provisions by the other Party. |
| **7.3.** Каждая из Сторон имеет право на мотивированный односторонний отказ от настоящего Договора в любое время, при условии направления другой Стороне соответствующего письменного уведомления в срок не позднее 30 (тридцати) дней до предполагаемой даты отказа, с обязательным указанием такой даты. Настоящий Договор считается расторгнутым в | **7.3.** Each Party has a right for a reasonable unilateral refusal to fulfill obligations under this Contract at any time, on condition it has sent the other Party a corresponding written notification no later than 30 (thirty) days before the expected refusal date, with a compulsory statement of such date. This Contract shall be considered terminated at the date, specified in the notification ("actual termination"). |

| | |
|---|---|
| момент наступления указанной в уведомлении даты ("фактическое расторжение"). При этом отношения Сторон, в том числе и после фактического расторжения настоящего Договора, регулируются следующим образом: | |

### 8. Ответственность Сторон / 8. Liabilities of the Parties

**8.1.** Стороны несут ответственность за неисполнение или ненадлежащее исполнение настоящего Договора в порядке, предусмотренном настоящим Договором, а также действующим законодательством Украины.

**8.1.** The Parties shall be liable for non-execution or improper execution of this Contract in the order, specified by this Contract, as well as by the current legislation of the Ukraine.

**8.2.** Исполнитель не несет ответственности за информацию, продукты, услуги и их качество, распространяемые Заказчиком.

**8.2.** The Executor shall not be liable for the information, products, services and their quality, distributed by the Principal.

**8.3.** Исполнитель не несет ответственности за последствия, связанные с предоставлением Заказчиком документов, материалов и информации, не соответствующей действительности, а также неполной информации либо ее непредставление в оговариваемые Сторонами сроки.

**8.3.** The Executor shall not be liable for the consequences, related to the documents, materials and incorrect information delivered by the Principal, as well as to the partial information or non-presentation within the terms, agreed by the Parties.

### 9. Форс-Мажорные обстоятельства / 9. Force Majeure

**9.1.** Стороны освобождаются от ответственности за полное или частичное неисполнение обязательств, если такое неисполнение явится следствием действия непреодолимой силы (форс-мажор), т.е. чрезвычайных и непредотвратимых при данных условиях обстоятельств, в т.ч. стихийных бедствий, массовых беспорядков, запретительных действий властей и т.п.

**9.1.** The Parties shall be relieved from the responsibility for an overall or partial default on obligations if such default resulted from the act of God (Force Majeure), i.e. emergency and unavoidable circumstances, including natural disasters, riots, prohibitive acts of governmental agencies, etc.

**9.2.** Стороны обязаны в письменной форме уведомить друг друга о существовании форс-мажорных обстоятельств в течение 7 (семи) дней с момента их наступления.

**9.2.** The Parties shall notify each other in written form on the existence of force majeure circumstances within 7 (seven) days from their onset.

**9.3.** Если наступление соответствующих форс-мажорных обстоятельств непосредственно повлияло на исполнение Сторонами обязательств в срок, установленный в настоящем Договоре, этот срок соразмерно продлевается на время действия соответствующих обстоятельств.

**9.3.** If the corresponding force majeure circumstances have directly affected the performance of the Parties' obligations within the term, set by this Contract, the term shall be extended in proportion to the duration of the corresponding circumstances.

**9.4.** Если невозможность исполнения Сторонами обязательств по настоящему Договору будет длиться свыше 5 (пяти) недель, Стороны вправе расторгнуть настоящий Договор с последующим проведением взаиморасчетов без обязанности по возмещению возможных убытков.

**9.4.** If it's not possible for the Parties to fulfill their obligations under this Contract for more than 5 (five) weeks, the Parties have the right to cancel this Contract followed by mutual payments without the obligation to indemnify possible losses.

### 10. Преобладающий язык / 10. Prevailing Language

**10.1.** **Версия настоящего Договора на английском языке** имеет преимущество во всех отношениях и имеет преимущественную силу в случае каких-либо несоответствий с переведенными версиями.

**10.1.** **The English** language version of this Agreement shall be controlling in all respects and shall prevail in case of any inconsistencies with translated versions.

### 11. Адреса и Реквизиты Сторон / 11. Addresses and Details of the Parties

**Заказчик:**

Vyacheslav Shirokov
avenue des Ligures,
98000, Monaco

Sign  _/signature/_

**Principal:**

Vyacheslav Shirokov
Avenue des Ligures,
98000, Monaco

Sign  _/signature/_

Stamp here

**Executor:**

| | |
|---|---|
| М.П.<br><br>**Исполнитель:**<br>Private Enterprise "DEVELUP",<br>IdN. code 38479776<br>15, Slavyanskaya str. Mizikevicha, Chornomorka Residential Area, Ovidiopol District,Odesa Region, Ukraine, 65037<br><br><br>Director PE "Develup"<br> V. M. Chernyatovych<br><br>М.П.<br><br> | Private Enterprise "DEVELUP",<br>IdN. code 38479776<br>15, Slavyanskaya str. Mizikevicha, Chornomorka Residential Area, Ovidiopol District,Odesa Region, Ukraine, 65037<br><br><br>Director PE "Develup"<br> V. M. Chernyatovych<br><br>Stamp here<br><br> |