EXHIBIT 5

**CREDIT SUISSE**

05.07.2023 / 12:57 CEST

# International Payment with IBAN

**Beneficiary's IBAN**

DE52 1001 1001 2628 3953 65

**Reason for Payment**

INVOICE 0623 - App development

**Beneficiary/List**

YAN ARDATOVSKIY
11, avenue de la Torraca, 06190
Roquebrune , France

**BIC Address**

NTSBDEB1XXX

**Bank of the Beneficiary**

N26 BANK AG
VOLTAIRESTRASSE 8    10179 BERLIN D
E

**Fees to Be Paid by**

Division of Charges

**Paid in by**

Vyacheslav Shirokov, Monaco

**Amount**

EUR 11,970.00

**Account to be Debited**

CH05 0486 6285 3253 8200 0 EUR Current account

**Debit Advice**

No

**Booking Text**

**Express**

No

**Execution Date**

30.06.2023

**Transaction Key**

50947533901

**Transaction Customer End to End ID**

SP-66693476-0

**Transaction no.**

DNV0-230630-CS-49116

1 / 1

# ARDATOVSKIY

TO: Vyacheslav Shirokov
Av. des Ligures,
98000, Monaco

INVOICE 0723

Mobile App development services July 2023

Planning and development of mobile app for Android and iOS platforms

Total Amount: 11,800.00 EUR

To be paid to :
**N26 Bank AG**
Klosterstr. 62, 10179 Berlin, Germany
Commercial register number: Amtsgericht Charlottenburg - HRB 247469 B

**Account : YAN ARDATOVSKIY | IBAN: DE52 1001 1001 2628 3953 65 | BIC : NTSBDEB1XXX**

**11, avenue de la Torraca, 06190, Roquebrune , France**

yan@ardatovskiy.com
0640623612





TO: Vyacheslav Shirokov
Av. des Ligures,
98000, Monaco

INVOICE 0823

Mobile App development services August 2023

Planning and development of mobile app for Android and iOS platforms

Total Amount: 11,945.00 EUR

To be paid to :
**N26 Bank AG**
Klosterstr. 62, 10179 Berlin, Germany
Commercial register number: Amtsgericht Charlottenburg - HRB 247469 B

**Account : YAN ARDATOVSKIY | IBAN: DE52 1001 1001 2628 3953 65 | BIC : NTSBDEB1XXX**

**11, avenue de la Torraca, 06190, Roquebrune , France**

yan@ardatovskiy.com
0640623612



# ARDATOVSKIY

TO: Vyacheslav Shirokov
Av. des Ligures,
98000, Monaco

INVOICE 0923

Mobile App development services September 2023

Planning and development of mobile app for Android and iOS platforms

Total Amount: 12,115.00 EUR

To be paid to :
**N26 Bank AG**
Klosterstr. 62, 10179 Berlin, Germany
Commercial register number: Amtsgericht Charlottenburg - HRB 247469 B

**Account : YAN ARDATOVSKIY | IBAN: DE52 1001 1001 2628 3953 65 | BIC : NTSBDEB1XXX**

**11, avenue de la Torraca, 06190, Roquebrune , France**

yan@ardatovskiy.com
0640623612





TO: Vyacheslav Shirokov
Av. des Ligures,
98000, Monaco

INVOICE 1023

Mobile App development services October 2023

Planning and development of mobile app for Android and iOS platforms

Total Amount: 12,360.00 EUR

To be paid to :
**N26 Bank AG**
Klosterstr. 62, 10179 Berlin, Germany
Commercial register number: Amtsgericht Charlottenburg - HRB 247469 B

**Account : YAN ARDATOVSKIY | IBAN: DE52 1001 1001 2628 3953 65 | BIC : NTSBDEB1XXX**

**11, avenue de la Torraca, 06190, Roquebrune , France**

yan@ardatovskiy.com
0640623612





TO: Vyacheslav Shirokov
Av. des Ligures,
98000, Monaco

INVOICE 1023

Mobile App development services October 2023

Planning and development of mobile app for Android and iOS platforms

Total Amount: 12,360.00 EUR

To be paid to :
**N26 Bank AG**
Klosterstr. 62, 10179 Berlin, Germany
Commercial register number: Amtsgericht Charlottenburg - HRB 247469 B

**Account : YAN ARDATOVSKIY | IBAN: DE52 1001 1001 2628 3953 65 | BIC : NTSBDEB1XXX**

**11, avenue de la Torraca, 06190, Roquebrune , France**

yan@ardatovskiy.com
0640623612



|  |  | **Accrued** |  |  | **Paid** |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  | March invoice | €11,907 | EUR |  | €11,907 | EUR | Payment from CS |  |
|  | April invoice | €11,855 | EUR |  | €11,855 | EUR | Payment from CS |  |
|  |  |  |  |  | €2,000 | EUR | Wire inside N26 |  |
|  | May invoice | €12,179 | EUR |  | €12,179 | EUR | Payment from CS, June 5 |  |
|  | 20 June | €163 | USD |  |  | USD | Logo |  |
|  | June invoice | €11,970 | EUR |  | €11,970 | EUR | June 30 |  |
|  | July 22 | €11,800 | EUR |  | €11,800 | EUR | July 31 |  |
|  | Aug 22 | €11,945 | EUR |  | €11,945 | EUR | August invoice, App development, paid from CS |  |
|  | Sep 12 | €12,115 | EUR |  | €12,115 | EUR | Sept invoice |  |
|  | Sept 12 |  |  |  | €2,000 | EUR | sent from N26 |  |
|  | Oct 16 | €12,360 | EUR |  | €12,360 | EUR | Oct invoice |  |
|  |  |  |  |  |  |  |  |  |
|  | **Total EUR** | **€96,294** |  |  | **€100,131** |  |  |  |
|  | **Balance** |  |  |  | **-€3,837** |  |  |  |