# EXHIBIT 6



Contact Us | Help | Sign In 

# Search the WHOIS Database

railmonster.com | Search

⊘ **railmonster.com is taken**

We still might be able to get it for you. See How

Broker Service Fee
€99.99 

Add to Cart

## WHOIS search results

### Domain Information

| Name | RAILMONSTER.COM |
|---|---|
| Registry Domain ID | 1801421024_DOMAIN_COM-VRSN |

## Find your Domain

Find your perfect domain



**Take a look at these alternate options**

We serve cookies. We use tools, such as cookies, to enable essential services and functionality on our site and to collect data on how visitors interact with our site, products and services. By clicking Accept, you agree to our use of these tools for advertising, analytics and support. Privacy Policy

Manage   Decline   Accept   X





| | |
|---|---|
| Expires On | 2025-05-15T08:52:15Z |
| Updated On | 2024-05-16T11:13:43Z |
| Domain Status | client delete prohibited<br>client renew prohibited<br>client transfer prohibited<br>client update prohibited |
| Name Servers | PDNS09.DOMAINCONTROL.COM<br>PDNS10.DOMAINCONTROL.COM |

## Registrant Contact

| | |
|---|---|
| Name | Registration Private |
| Organization | Domains By Proxy, LLC |
| Phone | tel:+1.4806242599 |
| Fax | – |

€0.01 ~~€21.99~~
1st yr only with 3 yr term

railmonster.co
€0.01 ~~€49.99~~
1st yr only with 3 yr term

therailmonster.com
€0.01 ~~€21.99~~
1st yr only with 3 yr term

railmonster.net
€0.01 ~~€24.99~~
1st yr only with 3 yr term

railsmonster.com
€0.01 ~~€21.99~~
1st yr only with 3 yr term

We serve cookies. We use tools, such as cookies, to enable essential services and functionality on our site and to collect data on how visitors interact with our site, products and services. By clicking Accept, you agree to our use of these tools for advertising, analytics and support. Privacy Policy

| | |
|---|---|
| Mailing Address | DomainsByProxy.com 100 S. Mill Ave, Suite 1600, Tempe, Arizona, 85281 |

## Technical Contact

| | |
|---|---|
| Name | Registration Private |
| Organization | Domains By Proxy, LLC |
| Phone | tel:+1.4806242599 |
| Fax | – |
| Email | https://www.godaddy.com/whois/results.aspx?domain=railmonster.com |
| Mailing Address | DomainsByProxy.com 100 S. Mill Ave, Suite 1600, Tempe, Arizona, 85281 |

## Registrar Information

| | |
|---|---|
| Name | GoDaddy.com, LLC |

We serve cookies. We use tools, such as cookies, to enable essential services and functionality on our site and to collect data on how visitors interact with our site, products and services. By clicking Accept, you agree to our use of these tools for advertising, analytics and support. Privacy Policy

| | |
|---|---|
| Abuse Contact Email | abuse@godaddy.com |
| Abuse Contact Phone | tel:480-624-2505 |

## DNSSEC Information

| | |
|---|---|
| Delegation Signed | Unsigned |

**Notice and Remarks**

**Terms of Use**
Service subject to Terms of Use.
https://www.verisign.com/domain-names/registration-data-access-protocol/terms-service/index.xhtml

**Status Codes**
For more information on domain status codes, please visit https://icann.org/epp
https://icann.org/epp

We serve cookies. We use tools, such as cookies, to enable essential services and functionality on our site and to collect data on how visitors interact with our site, products and services. By clicking Accept, you agree to our use of these tools for advertising, analytics and support. Privacy Policy

Contact Domain Holder    Report Invalid Whois

Info displayed in public WHOIS is limited for privacy reasons. You can learn more about access to non-public domain contact information here.

Raw RDAP Registry Data

Raw RDAP Registrar Data

Need help?
Call our award-winning support team 24/7 at +353 1 653 5976

We love taking your call.

guides →

We serve cookies. We use tools, such as cookies, to enable essential services and functionality on our site and to collect data on how visitors interact with our site, products and services. By clicking Accept, you agree to our use of these tools for advertising, analytics and support. Privacy Policy

| About GoDaddy | Support | Resources | Partner Programs | Account | Shopping |
|---|---|---|---|---|---|
| About Us | Product Support | Webmail | Affiliates | My Products | Buy a Domain |
| Contact Us | Community | WHOIS | Reseller Programs | Renewals & Billing | Websites |
| Investor Relations | Report Abuse | ICANN Confirmation | GoDaddy Pro | Create Account | WordPress |
| Careers | Resources | Designers & Developers | | | Hosting |
| Trust Center | | Redeem Code | | | Web Security |
| Legal | | Product Catalog | | | Business Email |
| | | Business Name Generator | | | |

Ireland - English ⌄    EUR ⌄

Copyright © 1999 - 2025 GoDaddy Operating Company, LLC. All Rights Reserved.    Legal    Privacy Policy    Advertising Preferences    Cookies

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

We serve cookies. We use tools, such as cookies, to enable essential services and functionality on our site and to collect data on how visitors interact with our site, products and services. By clicking Accept, you agree to our use of these tools for advertising, analytics and support. **Privacy Policy**