EXHIBIT 7



# railmonsters.com

Updated 8 days ago 

Domains | Hosting | Servers | Email | Security | Whois | Deals | Enter Domain or IP | WHOIS

| | |
|---|---|
| Domain: | railmonsters.com |
| Registered On: | 2023-09-28 |
| Expires On: | 2025-09-28 |
| Updated On: | 2024-09-20 |
| Status: | client delete prohibited<br>client renew prohibited<br>client transfer prohibited<br>client update prohibited |
| Name Servers: | kellen.ns.cloudflare.com<br>serena.ns.cloudflare.com |

## Registrar Information

| | |
|---|---|
| Registrar: | GoDaddy.com, LLC |
| IANA ID: | 146 |
| Abuse Email: | abuse@godaddy.com |

.space
$29.88 $1.18
BUY NOW
*while stocks last

On Sale!



.FUN @ $1.48 $35.88

| | |
|---|---|
| Abuse Phone: | 480-624-2505 |



### related domain names

verisign.com    godaddy.com    cloudflare.com    icann.org



Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

[ Login ]   or   [ Create an Account ]

Follow Us

### Domains

Register Domain Name
Transfer Domain Name
Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

### Hosting & Product

Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Cloud Hosting
Website Builder
Titan Business Email

### Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

### Support

Knowledge Base
Contact Support
Report Abuse
About Whois

Google Workspace

SSL Certificates

Sitelock

CodeGuard

Copyright © Whois.com. All rights reserved

Privacy | Terms