# EXHIBIT 8

**Trademark/service mark application, Principal Register**
Serial number: 99070578
Mark: Rail Monsters
Mark format: Standard character
Filing date: March 6, 2025 at 1:36:23 PM ET
Docket number:
Owner name: NEXA NOVA TECHNOLOGIES LTD
Amount paid: $350 (1 class)

## Trademark details

### Mark
RAIL MONSTERS

### Mark Format
**Standard character**
The mark consists of standard characters, without claim to any particular font style, size, or color.

## Owner information

| | |
|---|---|
| *Name | NEXA NOVA TECHNOLOGIES LTD |
| Entity type | Limited Company (Ltd.) |
| Place of organization/citizenship | United Kingdom |
| **Mailing address information** | |
| *Address line 1 | 128 City Road |
| *City | London |
| *Zip/postal code | EC1V 2NX |
| *Country/region/jurisdiction/territory | United Kingdom |
| *Email address | ******* |
| Owner website URL | https://railmonsters.com/ |

**Domicile address information**
The mailing address is the same as the owner's domicile address.

## Goods and services

### Filing basis information
Section 1(a)

### Identification of goods and services

**International Class 039**
Filing basis: Section 1(a)
Booking of seats for rail travel

**Specimen Information**

| | |
|---|---|
| First use anywhere date | At least as early as 05/24/2024 |
| First use in commerce date | At least as early as 07/24/2024 |
| Specimen file name | 2025.03.05_Specimen.jpg |
| URL | https://railmonsters.com/ |
| Date of access | 04/01/2024 |
| Description | Print Screen of the active company website.https://railmonsters.com/ |

## Additional statements

| | |
|---|---|
| Translation (if applicable) | |
| Transliteration (if applicable) | |
| Consent (name/likeness) (if applicable) | |
| Claim of ownership of active prior registrations(s) (if applicable) | |
| Section 2(f) Claim of acquired distinctiveness (if applicable) | |
| Additional statements including use of the mark in another form (if applicable) | |
| Significance of mark | |

| | |
|---|---|
| Disclaimer | |

## Attorney information

### Attorney name and address

| | |
|---|---|
| *Name | PAVEL KOLMOGOROV |
| Law firm | KOLMOGOROV LAW, P.C. |
| *Address line 1 | 327 Magnet |
| *City | Irvine |
| *State/territory | California |
| *Zip/postal code | 92618 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | pavel@kolmogorovlaw.com |
| Primary telephone number | (909) 235-6420 |
| Extension | None specified. |

### Attorney registration information

| | |
|---|---|
| *Bar membership or registration number | ******* |
| *Jurisdiction | ******* |
| *Year of admission | ******* |

### Statement of good standing

The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state or commonwealth, the District of Columbia, or any U.S. territory.

### Docket or reference number

## Correspondence information

| | |
|---|---|
| *Correspondence name | PAVEL KOLMOGOROV |
| *Primary correspondence email address | pavel@kolmogorovlaw.com |

## Fee information

| | |
|---|---|
| Application filing option | Trademark/service mark application, Principal Register |
| Number of classes | 1 |
| Base application fee, per class | $350 |
| Total fees paid | $350 |

## Declaration and signature

### Declaration

[ X ] Basis:

If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):
- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/or

If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):
- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| | |
|---|---|
| Electronic Signature | /Pavel Kolmogorov/ |
| Signatory's name | Pavel Kolmogorov |
| Signatory's position | Attorney |
| Date signed | 03/06/2025 |
| Signature method | Signed directly within the form |

STAMP:USPTO/APPB-\*\*\*.\*\*\*.\*\*\*.\*\*-20250306133623006981-99070578-16.0-d38572d6-343e-4cc2-971a-4f7eb3c12e27-CARD-20250305173729531255

# Rail Monsters

