# EXHIBIT 9



# HOSTING-CHECKER

About    Knowledge Base    🔍 Enter a domain...    ⌘K

---

**SPONSORED**    The modern Open-Source Time Tracker    Find out more →



**Rail Monsters**
🌐 railmonsters.com

Copy Report URL    Open Website ↗

🌐 **Webserver**
✉️ Incoming Mailserver
✉️ Outgoing Mailserver
🗄️ Nameservers

**Last Fetched**
Mon, 24 Feb 2025
18:28:09 GMT

🔄 Refresh

## 🌐 Webserver

| | |
|---|---|
| Domain | railmonsters.com |
| IPv6 Support | ✅ Supported |

### ☁️ Cloudflare, Inc.

| | |
|---|---|
| Provider Domain | cloudflare.com ↗ |
| Provider Country ❓ | 🇺🇸 United States of America |
| Provider ASN ❓ | 13335 ↗ |
| Is EU Provider | 🇪🇺 Not EU-based |
| IP Addresses ❓ | 172.66.43.187 |


# HOSTING-CHECKER

About    Knowledge Base    ⌘K

**SPONSORED**    The modern Open-Source Time Tracker    Find out more →



Search, Compare and Buy Train Tickets Online | Rail Monsters

**Description**
Search and book train tickets online for worldwide high-speed trains ✓ Save with our discounts ✓ Search & Compare Train Tickets ✓ Get the app for easy booking. Purchase train tickets for Europe, Asia and Middle-East !

Server — cloudflare

## Incoming Mailserver

**Google LLC**

| | |
|---|---|
| Provider Domain | google.com |
| Provider Country | 🇺🇸 United States of America |
| Provider ASN | 15169 |
| Is EU Provider | Not EU-based |
| Lookups | aspmx.l.google.com → 74.125.133.26 |

[Show all 10 lookups]

## Outgoing Mailserver

**No outgoing mailservers detected**
We couldn't detect any SPF records for this domain. While it is still possible to send emails from this domain, they are not authorized





HOSTING-CHECKER About Knowledge Base ⌘K

SPONSORED The modern Open-Source Time Tracker Find out more →

Nameservers

| | |
|---|---|
| Nameservers | serena.ns.cloudflare.com<br>kellen.ns.cloudflare.com |
| IPv6 Support | Supported |

**Cloudflare, Inc.**

| | |
|---|---|
| Provider Domain | cloudflare.com |
| Provider Country | United States of America |
| Provider ASN | 13335 |
| Is EU Provider | Not EU-based |
| Lookups | **serena.ns.cloudflare.com**→173.245.58.220 |

**Show all 12 lookups**

About Knowledge Base Terms Privacy policy Imprint

HOSTING-CHECKER

About    Knowledge Base    ⌘K

SPONSORED  **solidtime**  The modern Open-Source Time Tracker                Find out more →