# EXHIBIT 10

**Eade Kenneth <info@kennetheade.com>**　　　　　　　　　　　　　　　　　　　　　　　2/27/2025 4:08 AM

## Re: [a5a8249dd0ca1a03]: Cloudflare has responded to your DMCA Copyright Infringement complaint

To noreply@notify.cloudflare.com • Cloudflare Trust & Safety <abuse@notify.cloudflare.com>　Blind copy Slava Shirokov <shirokov@firebirdtours.com>

Dear Cloudflare,

Pass-through or not, you are serving content to the US public as an ISP and will lose your DMCA safe harbor under 17 USC section 512 unless you stop serving the infringing content immediately.  Please act accordingly or we will have to name you as a defendant in the copyright infringement lawsuit.  I have attached the contract of the developer who assigned all rights to the computer program to my client.  Please read carefully section 5 which makes it crystal clear that my client owns the source code on the website you are delivering to US based consumers.  Please confirm you have ceased serving the cache immediately or face the appropriate consequences.

Sincerely,
Kenneth Eade
Attorney

> On 02/25/2025 2:57 AM EST Cloudflare Trust & Safety <abuse@notify.cloudflare.com> wrote:
>
>
> Cloudflare received your DMCA Copyright Infringement complaint regarding: railmonsters[.]com
>
> Please be aware Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare cannot remove material from the Internet that is hosted by others.
>
> Accepted URL(s) on railmonsters.com:
> hxxps://railmonsters[.]com
>
> Hosting Provider:
> -----------------
>
> HETZNER-AS, DE
>
> Abuse Contact:
> --------------

[abuse@hetzner.de](mailto:abuse@hetzner.de)

We have notified our customer of your report.

We have forwarded your report on to the responsible hosting provider.

You may also direct your report to:

1. The provider where railmonsters[.]com is hosted (provided above);
2. The owner listed in the WHOIS record for railmonsters[.]com and/or;
3. The contact listed on the railmonsters[.]com site.

Note: A lookup of the IP for a Cloudflare customer website will show Cloudflare IPs because we are a pass-through network. The actual website is still hosted at the hosting provider indicated above. If the hosting provider has any questions, please have the hosting provider contact us directly regarding this site. Due to attempted abuse of our complaint reporting process, we will only provide the IP of railmonsters[.]com to the responsible hosting provider if they contact us directly at [abusereply@cloudflare.com](mailto:abusereply@cloudflare.com).

To respond to this issue, please reply to [abusereply@cloudflare.com](mailto:abusereply@cloudflare.com).

Regards,

Cloudflare Trust & Safety

---

- Contract_rail_ninja_app copy (2) (2).pdf (407 KB)

**Cloudflare Trust & Safety <abuse@notify.cloudflare.com>**                                                2/25/2025 2:57 AM

# [a5a8249dd0ca1a03]: Cloudflare has responded to your DMCA Copyright Infringement complaint

To info@kennetheade.com

Cloudflare received your DMCA Copyright Infringement complaint regarding: railmonsters[.]com

Please be aware Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare cannot remove material from the Internet that is hosted by others.

Accepted URL(s) on railmonsters.com:
hxxps://railmonsters[.]com

Hosting Provider:
-----------------

HETZNER-AS, DE

Abuse Contact:
--------------

abuse@hetzner.de

We have notified our customer of your report.

We have forwarded your report on to the responsible hosting provider.

You may also direct your report to:

1. The provider where railmonsters[.]com is hosted (provided above);
2. The owner listed in the WHOIS record for railmonsters[.]com and/or;
3. The contact listed on the railmonsters[.]com site.

Note: A lookup of the IP for a Cloudflare customer website will show Cloudflare IPs because we are a pass-through network. The actual website is still hosted at the hosting provider indicated above. If the hosting provider has any questions, please have the hosting

provider contact us directly regarding this site. Due to attempted abuse of our complaint reporting process, we will only provide the IP of railmonsters[.]com to the responsible hosting provider if they contact us directly at abusereply@cloudflare.com.

To respond to this issue, please reply to abusereply@cloudflare.com.

Regards,

Cloudflare Trust & Safety