EXHIBIT 15

**abuse@hetzner.com**  3/10/2025 3:55 AM

Re: [AbuseID:F46569:1E]: AbuseNormal: [a5a8249dd0ca1a03]: Cloudflare received a DMCA Copyright Infringement complaint regarding one of your customers.

To info@kennetheade.com

Dear Sir or Madam,

As a host provider, we are obliged to first clarify the facts if an infringement is reported to us via one of our servers. We have done this by means of the abuse procedure by forwarding your complaint to our customer for a statement. Only if, after clarifying the facts of the case, an infringement proves to be obvious are we, as the host provider, entitled and obliged to take further measures to eliminate the infringement, such as blocking the website in question. However, unlike ordinary courts, it is not possible for us to take evidence when clarifying the facts of the case.

We therefore depent on the descriptions of the complainant and our customer to clarify the facts. In this case, our customer denies any copyright infringement. He denies that his website uses your client's source code at any point. We are currently unable to decide which source code is used on which of the services. You do not provide any relevant information on this either. In order to further clarify the alleged infringement, we ask you to provide the following evidence:

- proof that you are the attorney representing the complainant and alleged copyright holder
- proof of which source code was used for which purpose in the programming of our client's website
- proof that your client is the owner of the copyrights to this source code.
Otherwise, you are also welcome to submit a court decision establishing a copyright infringement. Once we have received this decision, we will decide again whether to block the website.


Important: Please leave [AbuseID:F46569:1E] unchanged in the subject line when replying directly to this report.

Kind regards

Abuse Team

Hetzner Online GmbH
Industriestr. 25
91710 Gunzenhausen / Germany
Tel: +49 9831 505-0
Fax: +49 9831 505-3
abuse@hetzner.com
www.hetzner.com

Register Court: Registergericht Ansbach, HRB 6089
CEO: Martin Hetzner, Stephan Konvickova, Günther Müller

For the purposes of this communication, we may save some
of your personal data. For information on our data privacy
policy, please see: www.hetzner.com/datenschutzhinweis

> Subject: Re: [AbuseID:F46569:1E]: AbuseNormal: [a5a8249dd0ca1a03]: Cloudflare
>  received a DMCA Copyright Infringement complaint regarding one of your
>  customers.
> Mime-Version: 1.0
> Content-Type: multipart/mixed;
>  boundary="----=_Part_69112_1400317277.1740998985896"
> Content-Transfer-Encoding: 7bit
> Envelope-to: abuse@hetzner.com
> Delivery-date: Mon, 03 Mar 2025 11:49:57 +0100
> DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=kennetheade.com;
>  s=s1-ionos; t=1740998986; x=1741603786; i=info@kennetheade.com;
>  bh=4NTR4JbD/uDYhIimEhJYTsp2x84EkLGxFw3XqDdX10U=;
>  h=X-UI-Sender-Class:Date:From:To:Message-ID:In-Reply-To:References:
>  Subject:MIME-Version:Content-Type:cc:content-transfer-encoding:
>  content-type:date:from:message-id:mime-version:reply-to:subject: to;
>  b=l+7Oa+VQmxRWih47+tXKuvKmqz2xGNTkmkivjtjeTt31j8TBpxIqMCDHj5F+Q21L
>  ianWMjDd2K2NdYgyFu4l32vpCDMK2/+ZbLJ6KXtAv07h3/nIA/ByBO+u5nSuiaFt4
>  R7TDoPY5C9jKaHsfRNYOV3jf9MJlU3RAesHguw8M4BmL89kCcvb9iS7n1elLJMwWD
>  sqGTAOh0LkpVMtGOzviL9CknPkOK0P1HtL/v07tARWEM9IM6mldMs0/oCEESNyY8c
>  OGfEojYaxeYeRAyDeJW0xeUpWWV23TC8vKMvsuw/PbEFdWZ160t17QOzriQZO4rQ5
>  Mzc6q5CAPfe6rXyLIw==
> X-UI-Sender-Class: 55c96926-9e95-11ee-ae09-1f7a4046a0f6
> X-Priority: 3
> Importance: Normal
> X-Mailer: Open-Xchange Mailer v8.33.58
> X-Originating-Client: open-xchange-appsuite
> X-Provags-ID: V03:K1:8sNIg9/Wl3neRQFtVcuQUxyHPM6gReMcZP9xYMV0cjS0GHwUwkH
>  Qn2g3HibGdJ8yjy9ZZp/aa0SkKG3E2NGZV9vcJmGq/ao8p/BmuiqrQBZbKNlXVei3FEDiwk
>  LLKQiriZ5yQ62cW+iEm+v8DQEMooUXn/RUSOrn9ytpbYsJ3MneHoZ/n9v2di8FTPPGGslkg
>  98giZps/r6u7trj/aXxgA==
> UI-OutboundReport: notjunk:1;M01:P0:GV+UiBvMD4A=;VoD0icF0E6mY3SRI6hkRKutadgq
>  LucGdBxLYHcdZ3WFq83RW0kZrYlk6aZcxoW4tK3ydoJWvgneSB7KPcUnsWxlCdEVRmpDUYUAh
>  j7hhn0TVNWzsgBuBVWIpvJue9BQUawewc0YJAfujQ/ekeCcoz4MeTeeQZYQesvIYdUK1QRT6m