AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| VYACHESLAV SHIROKOV and<br>FIREBIRD GT LIMITED, a Hong Kong corporation<br><br>*Plaintiff(s)*<br>v.<br>YAN ARDATOVSKIY; DEVELUP PRIVATE ENTERPRISE, business form unknown; STEPAN BURLAKOV, NEXA NOVA TECHNOLOGIES, LTD., a UK limited company, RAILMONSTERS.COM, business form unknown, INFINIUS INVESTMENTS, LIMITED, a Cyprus limited company, VLADIMIR CHERNYATOVICH, also known as VLADIMIR CERNEATOVICI, an individual, and DOES 1 through 100, inclusive<br>*Defendant(s)* | Civil Action No. 3:25-cv-2701-EMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **SEE ATTACHMENT.**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  
MICHAEL S. BRANDT
AMZ SELLERS ATTORNEY
9350 Wilshire Blvd., Suite 203
Beverly Hills, CA 90212
Telephone: (888) 886-2440
Email: michael@amazonsellers.attorney

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B. Busby*

Date: March 21, 2025

*Kim Means*
*Signature of Clerk or Deputy Clerk*

**VYACHESLAV SHIROKOV, et al. v. YAN ARDATOVSKIY, et al.**
Case No. 3:25-cv-2701

## ATTACHMENT TO SUMMONS

YAN ARDATOVSKIY
c/o Pavel Kolmogorov, Esq.,
Kolmogorov Law, P.C.
327 Magnet
Irvine, CA 92618

DEVELUP PRIVATE ENTERPRISE, aka DEVELUP PE
c/o Pavel Kolmogorov, Esq.,
Kolmogorov Law, P.C.
327 Magnet
Irvine, CA 92618

STEPAN BURLAKOV
c/o Pavel Kolmogorov, Esq.,
Kolmogorov Law, P.C.
327 Magnet
Irvine, CA 92618

NEXA NOVA TECHNOLOGIES, LTD., a UK limited company
c/o Pavel Kolmogorov, Esq.,
Kolmogorov Law, P.C.
327 Magnet
Irvine, CA 92618

RAILMONSTERS.COM
c/o Pavel Kolmogorov, Esq.,
Kolmogorov Law, P.C.
327 Magnet
Irvine, CA 92618

INFINIUS INVESTMENTS, LIMITED, a Cyprus limited company
Roquebrune, France

VLADIMIR CHERNYATOVICH, also known as VLADIMIR CERNEATOVICI
c/o Pavel Kolmogorov, Esq.,
Kolmogorov Law, P.C.
327 Magnet
Irvine, CA 92618