United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VYACHESLAV SHIROKOV, et al.,
Plaintiffs,

v.

DEVELUP PRIVATE ENTERPRISE, et al.,
Defendants.

Case No. 25-cv-02701-EMC

**ORDER DISMISSING CASE**

Docket Nos. 205, 220-21

In prior orders, the Court (1) dismissed all claims asserted by Plaintiffs against Mr. Ardatovskiy based on forum non conveniens, *see* Docket No. 205 (order), and (2) conditionally dismissed all claims asserted by Plaintiffs against the remaining defendants, also based on forum non conveniens. *See* Docket No. 220 (order). Dismissal of the claims against the non-Ardatovskiy defendants was conditioned on all Defendants' agreeing to dismiss their counterclaims without prejudice (*i.e.*, so that they could be raised in a foreign forum such as Cyprus). Defendants have now filed a statement, in which they accept the Court's condition. *See* Docket No. 221 (St. at 1) ("[A]ll Defendants and Counterclaim Plaintiffs . . . hereby state that they elect to voluntarily dismiss all counterclaims asserted in this action against Plaintiffs and Counterclaim Defendants . . . , without prejudice, in accordance with the condition stated in the Court's Order.").

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

Accordingly, the Court hereby dismisses all counterclaims without prejudice. In addition, because all claims have been dismissed based on forum non conveniens, and all counterclaims have been dismissed without prejudice, there is nothing further for this Court to resolve, and thus the Court instructs the Clerk of the Court to enter a final judgment in accordance with this order and close the file in the case.[1]

**IT IS SO ORDERED**.

Dated: August 20, 2026

EDWARD M. CHEN
United States District Judge

[1] Because this case is being dismissed in its entirety, Judge Illman need not adjudicate the pending discovery matters. That being said, the Court notes that its rulings here are informed by Defendants' representation that they will "cooperate on re-use of discovery from this case" in the new forum. Docket No. 217 (Defs.' Supp. Br. at 1).